In the Matter of WILLIAM C. HANNING et al., Respondents, against HARRY W. MARSH et al., Constituting the Municipal Civil Service Commission of the City of New York, et al., Appellants.

Argued April 2, 1945; decided May 17, 1945.

*Ignatius M. Wilkinson, Corporation Counsel (Morris Shapiro* and *James Hall Prothero* of counsel), for appellants.

*Reuben Weinberg* and *Harold S. Kohn* for respondents.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, LEWIS, CONWAY and DESMOND, JJ. LEHMAN, Ch. J., THACHER and DYE, JJ., dissent in part for the reasons stated by Mr. Justice UNTERMYER in the Appellate Division. [268 App. Div. 756.]